# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL BOROVAC,** | CASE NO. 8:15CV196 |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| **NATIONAL RAILROAD PASSENGER CORPORATION, and CONEXIS BENEFITS ADMINISTRATORS, LP,** | |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 13th day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge