IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL BOROVAC,<br><br>                   Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, CONEXIS BENEFITS ADMINISTRATORS, LP, AND AON HEWITT, LLC,<br><br>                   Defendants. | **8:15CV196**<br><br>**ORDER** |

Defendants National Railroad Passenger Corporation and Conexis Benefits Administrators, LP filed Answers to Plaintiff's Complaint on August 6, 2015, (Filing No. 8), and on September 17, 2015, (Filing No. 13), respectively. A final progression order was entered which set a November 16, 2015 deadline for plaintiff to file any motion to amend his complaint. (Filing No. 26). Plaintiff filed an amended complaint on November 16, 2015 without first obtaining leave of the court to so. (Filing No. 28). The defendants have moved to strike the amended complaint for failure to comply with Rule 15(a). (Filing Nos. 29 & 30). Before the motions to strike were filed, Plaintiff's counsel agreed to withdraw the amended complaint and file a motion if the defendants required him to do so. (Filing No. 29-1).

Accordingly,

IT IS ORDERED:

1) The Motions to Strike, (Filing Nos. 29 & 30) are granted.

2) Plaintiff's amended complaint, (Filing No. 28), is stricken.

3) The deadlines for moving to amend pleadings or add parties are extended as follows:

        For the plaintiff:    December 16, 2015.

        For the defendants:    January 6, 2016.

December 4, 2015.                                             BY THE COURT:

                                                                                             *s/ Cheryl R. Zwart*
                                                                                              United States Magistrate Judge