IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL BOROVAC, *Plaintiff*, vs. NATIONAL RAILROAD PASSENGER CORPORATION, CONEXIS BENEFITS ADMINISTRATORS, LP, AND AON HEWITT, LLC, *Defendants.* | 8:15CV196 **ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Justin W. High, as counsel of record for Plaintiff (filing no. 40), is granted.

2) On or before April 11, 2016, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

P.O. Box 1983
Council Bluffs, IA 51502

March 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge