# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL BOROVAC,<br><br>             Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, CONEXIS BENEFITS ADMINISTRATORS, LP, AND AON HEWITT, LLC,<br><br>             Defendants. | 8:15CV196<br><br>**ORDER** |

Pursuant to the plaintiffs' unopposed motion to dismiss, (filing no. 50),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Conexis Benefits Administrators LP are dismissed with prejudice, each party to pay their own costs and attorney fees.

June 24, 2016.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*<br>
                                                                United States Magistrate Judge